**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02622-REB-MEH

ANTHONY GRISBY,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Notice of Dismissal with Prejudice** [#9] filed December 28, 2011. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal with Prejudice** [#9] filed December 28, 2011, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 30, 2011, at Denver, Colorado.

                              BY THE COURT:

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge